IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>BARR LABORATORIES, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure:

(a)  Plaintiff sanofi-aventis states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock; and

(b)  Plaintiff sanofi-aventis U.S. LLC states that it is wholly-owned indirectly by sanofi-aventis.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (# 1014)
Maryellen Noreika (# 3208)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiffs*
*sanofi-aventis and sanofi-aventis U.S. LLC*

Dated: September 21, 2007