IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS AND SANOFI-AVENTIS U.S. LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-574-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which Defendant Barr Laboratories, Inc. shall answer, move, or otherwise respond to Plaintiffs' complaint is extended to and including October 29, 2007. Barr agrees to waive any objections to service of process and personal jurisdiction, however, reserves the right to assert any and all other defenses. Counsel for Barr Laboratories, Inc. respectfully requests additional time to consider how it will respond to the complaint and to consult with its client as to its proposed course of action. No party will be prejudiced by this brief extension.

| | |
|---|---|
| /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (I.D. No. 1014)<br>MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>Tele: (302) 658-9200<br>jblumenfeld@mnat.com<br><br>*Counsel for Plaintiffs sanofi-aventis<br>and sanofi-aventis U.S. LLC* | /s/ John C. Phillips, Jr.<br>John C. Phillips, Jr. (#110)<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom St.<br>Wilmington, DE 19806<br>Tele: (302) 655-4200<br>Fax: (302) 655-4210<br>JCP@pgslaw.com<br><br>*Counsel for Defendant<br>Barr Laboratories, Inc.* |

**SO ORDERED** this ____ day of October, 2007.

_____
Gregory M. Sleet, J.