IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | C.A. No. 07-574 (GMS) |

**PLAINTIFFS' REPLY TO DEFENDANT BARR
LABORATORIES, INC.'S COUNTERCLAIMS**

Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC, for their Reply to the numbered paragraphs of the Counterclaims of Defendant Barr Laboratories, Inc. ("Barr"), hereby state as follows:

28. Admitted, upon information and belief.

29. Admitted.

30. Admitted.

31. Admitted.

32. Plaintiffs do not contest venue in this Court for this action.

33. Admitted.

34. The allegations contained in paragraph 34 of Barr's Counterclaims are legal conclusions to which no response is required.

35. The allegations contained in paragraph 35 of Barr's Counterclaims are legal conclusions to which no response is required.

36. The allegations contained in paragraph 36 of Barr's Counterclaims are legal conclusions to which no response is required.

37. The allegations contained in paragraph 37 of Barr's Counterclaims are legal conclusions to which no response is required.

38. Admitted that United States Patent Nos. 4,661,491 ("the '491 patent") and 6,149,940 ("the '940 patent") are listed in *Approved Drug Products with Therapeutic Equivalence Evaluations* ("the Orange Book") for Uroxatral® and NDA No. 21-287.

39. Admitted.

40. Admitted.

41. Admitted, upon information and belief, that Barr submitted Abbreviated New Drug Application ("ANDA") No. 79-052 to the United States Food and Drug Administration ("FDA") seeking approval to engage in the manufacture, use or sale of alfuzosin hydrochloride extended release tablets ("Barr's ANDA product") and that Barr alleged that the claims of the '491 and '940 patents are invalid or not infringed; otherwise denied.

42. Admitted that Barr sent plaintiffs a notice letter dated August 14, 2007 offering limited confidential access to certain parts of Barr's ANDA, but denied that the letter contained a detailed factual and legal statement as to why the '940 and '491 patents were invalid, unenforceable and/or not infringed by Barr's ANDA product; otherwise denied.

43. Admitted that Plaintiffs filed this lawsuit on September 21, 2007 alleging that Barr's submission of ANDA 79-052 to the FDA constitutes infringement of the '491 and '940 patents and that Barr's commercial use, offer for sale or sale of Barr's ANDA product would infringe the '491 and '940 patents.

44. Plaintiffs restate and incorporate herein their responses to the allegations of paragraphs 28-43.

45. Admitted that Barr purports to state a counterclaim that arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and that seeks a declaration that the manufacture, use, sale, or offer for sale of Barr's ANDA product does not and will not infringe any claims of the '491 patent, but denied that there is any factual or legal basis for this counterclaim.

46. Admitted that this Court has jurisdiction and that Plaintiffs do not contest venue in this Court for this action.

47. Admitted that Plaintiffs allege the '491 patent was duly and legally issued by the United States Patent and Trademark Office and has been infringed by Barr and that Barr has denied those allegations, but denied that there is any factual or legal basis for Barr's denials.

48. Admitted.

49. Denied.

50. Denied.

51. Plaintiffs restate and incorporate herein their responses to the allegations of paragraphs 28-50.

52. Admitted that Barr purports to state a counterclaim that arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and that seeks a declaration that one or more of the claims of the '491 patent are invalid, but denied that there is any factual or legal basis for this counterclaim.

53. Admitted that this Court has jurisdiction and that Plaintiffs do not contest venue in this Court for this action.

54. Admitted that Plaintiffs allege the '491 patent was duly and legally issued by the United States Patent and Trademark Office and has been infringed by Barr and that Barr has denied those allegations, but denied that there is any factual or legal basis for Barr's denials.

55. Admitted, except denied that there is any justiciable controversy as to the enforceability of the '491 patent.

56. Denied.

57. Denied.

58. Plaintiffs restate and incorporate herein their responses to the allegations of paragraphs 28-57.

59. Admitted that Barr purports to state a counterclaim that arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and that seeks a declaration that the manufacture, use, sale, or offer for sale of Barr's ANDA product does not and will not infringe any claims of the '940 patent, but denied that there is any factual or legal basis for this counterclaim.

60. Admitted that this Court has jurisdiction and that Plaintiffs do not contest venue in this Court for this action.

61. Admitted that Plaintiffs allege the '940 patent was duly and legally issued by the United States Patent and Trademark Office and has been infringed by Barr and that Barr has denied those allegations, but denied that there is any factual or legal basis for Barr's denials.

62. Admitted.

63. Denied.

64. Denied.

65. Plaintiffs restate and incorporate herein their responses to the allegations of paragraphs 28-64.

66. Admitted that Barr purports to state a counterclaim that arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and that seeks a declaration that one or more of the claims of the '940 patent are invalid, but denied that there is any factual or legal basis for this counterclaim.

67. Admitted that this Court has jurisdiction and that Plaintiffs do not contest venue in this Court for this action.

68. Admitted that Plaintiffs allege the '940 patent was duly and legally issued by the United States Patent and Trademark Office and has been infringed by Barr and that Barr has denied those allegations, but denied that there is any factual or legal basis for Barr's denials.

69. Admitted, except denied that there is any justiciable controversy as to the enforceability of the '940 patent.

70. Denied.

71. Denied.

Wherefore, Plaintiffs deny that Barr is entitled to any relief, either as prayed for in its Counterclaims or otherwise.

Plaintiffs further deny each allegation contained in Barr's Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendant Barr Laboratories, Inc.'s Counterclaims.

Additionally, Plaintiffs deny that Barr is entitled to a jury trial.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Jack B. Blumenfeld*
                                      _____

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiffs*
*sanofi-aventis and sanofi-aventis U.S. LLC*

November 21, 2007
1298898

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>John C. Phillips, Jr., Esquire
>Brian E. Farnan, Esquire
>PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused to be served copies of the foregoing document on November 21, 2007 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806 | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>Ivan M. Poullaos, Esquire<br>Taras A. Gracey, Esquire<br>Kurt A. Mathas, Esquire<br>WINTSON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)