IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>        Defendant. | C.A. No. 07-574 (GMS) |

**PLAINTIFFS' AMENDED FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure:

(a)    Plaintiff sanofi-aventis states that it has no parent corporation and that Total SA (a French corporation whose shares are traded on the Eurolist of Euronext Paris and whose American Depository Receipts are publicly traded on the New York Stock Exchange) and L'Oreal (a French corporation whose shares are traded on the Eurolist of Euronext Paris and whose American Depository Receipts are traded Over The Counter) each own 10% or more of sanofi-aventis stock; and

(b)    Plaintiff sanofi-aventis U.S. LLC states that it is wholly-owned indirectly by sanofi-aventis.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr. (#4292)*
Jack B. Blumenfeld (# 1014)
Maryellen Noreika (# 3208)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jparrett@mnat.com
    *Attorneys for Plaintiffs*
    *sanofi-aventis and sanofi-aventis U.S. LLC*

Dated: February 21, 2008
1629910

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>John C. Phillips, Jr., Esquire
>Brian E. Farnan, Esquire
>PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused to be served copies of the foregoing document on February 21, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>Ivan M. Poullaos, Esquire<br>Taras A. Gracey, Esquire<br>Kurt A. Mathas, Esquire<br>WINTSON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | *VIA ELECTRONIC MAIL* |

>*/s/ James W. Parrett, Jr. (#4292)*
>James W. Parrett, Jr. (#4292)