IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC., | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | C.A. No. 07-572 GMS |
| ACTAVIS SOUTH ATLANTIC LLC et al., | )<br>) | |
| Defendants. | )<br>) | |
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC., | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | C.A. No. 07-574 GMS |
| BARR LABORATORIES, INC., | )<br>) | |
| Defendant. | )<br>) | |
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC., | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | C.A. No. 07-792 GMS |
| APOTEX INC. and APOTEX CORP., | )<br>) | |
| Defendants. | )<br>) | |

**ORDER**

At Wilmington, this 3rd day of April, 2008, after having considered the arguments set forth by the parties during the March 17, 2008 status teleconference in the above-captioned actions;

IT IS HEREBY ORDERED that the actions are STAYED pending the resolution of sanofi-aventis and sanofi-aventis U.S. LLC's motion for transfer and consolidation under 28 U.S.C. § 1407 by the Judicial Panel on Multidistrict Litigation.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE